



**United States District Court**
**Eastern District of California**

FILED

FEB 27 2023

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

---

RIGOBERTO HERNANDEZ GARCIA,

Plaintiff(s)

V.

EQUIFAX INFORMATION SERVICES, LLC,

Defendant(s)

Case Number:  1:23-cv-00256-ADA-EPG

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California,
Ivy L. Marsnik _____ hereby applies for permission to appear and participate as

counsel in the above entitled action on behalf of the following party or parties:
Plaintiff Rigoberto Hernandez Garcia
_____

On _____05/06/2022_____ (date), I was admitted to practice and presently in good standing in the
_____Minnesota_____ (court).  A certificate of good standing from that court is

submitted in conjunction with this application.  I have not been disbarred or formally censured by a court of

record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have /☑ I have not concurrently or within the year preceding this application made a pro hac vice

application to this court.  (If you have made a pro hac vice application to this court within the last year, list

the name and case number of each matter in which an application was made, the date of application and

whether granted or denied.)

_____

_____

Date:_____02/22/2023_____            Signature of Applicant: /s/  Ivy L. Marsnik _____

---

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Ivy L. Marsnik |
| Law Firm Name: | Berger Montague PC |
| Address: | 1229 Tyler Street NE, Suite 205 |

| | | | | | |
|---|---|---|---|---|---|
| City: | Minneapolis | State: | MN | Zip: | 55413 |

| | |
|---|---|
| Phone Number w/Area Code: | (612) 404-1064 |
| City and State of Residence: | Lake Elmo, MN |
| Primary E-mail Address: | imarsnik@bm.net |
| Secondary E-mail Address: | fcraparalegals@bm.net |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Sophia Rios |
| Law Firm Name: | BERGER MONTAGUE PC |
| Address: | 401 B Street, Suite 2000 |

| | | | | | |
|---|---|---|---|---|---|
| City: | San Diego | State: | CA | Zip: | 92101 |

| | | | |
|---|---|---|---|
| Phone Number w/Area Code: | (619) 489-0300 | Bar # | 305801 |

## **ORDER**

The Pro Hac Vice Application is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: 2/24/23

JUDGE, U.S. DISTRICT COURT