UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RIGOBERTO HERNANDEZ GARCIA,<br><br>    Plaintiff,<br><br>    v.<br><br>EQUIFAX INFORMATION SERVICES, LLC,<br><br>    Defendant. | Case No. 1:23-cv-00256-ADA-EPG<br><br>ORDER RE: JOINT STIPULATION FOR EXTENSION OF TIME<br><br>(ECF No. 7). |

On March 21, 2023, the parties filed a proposed order and joint stipulation for an extension of time for Defendant to respond to the initial complaint pursuant to Local Rule 144.[1] (ECF No. 7). Based on the parties' stipulation (ECF No. 7), IT IS ORDERED that Defendant shall have up to and including April 18, 2023, in which to respond to Plaintiff's Complaint.

IT IS SO ORDERED.

Dated: __**March 22, 2023**__          /s/ Erica P. Grosjean
                                UNITED STATES MAGISTRATE JUDGE

---

[1] The Court notes that Local Rule 144(a) allows the parties to file "an initial stipulation extending time for no more than twenty-eight (28) days to respond to a complaint. . .without approval of the Court if the stipulation is signed on behalf of all parties who have appeared in the action and are affected by the stipulation." As the parties' stipulation complies with Local Rule 144, it is unnecessary for the Court to issue an order of approval. However, the Court has done so as a courtesy given the proposed order filed with the Court.