1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 10   RIGOBERTO HERNANDEZ GARCIA, | Case No.  1:23-cv-00256-ADA-EPG |
| 11          Plaintiff, | ORDER RE: STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii) |
| 12    v. | |
| 13   EQUIFAX INFORMATION SERVICES, | (ECF No. 20). |
| 14   LLC, | |
| 15          Defendant. | |

16

17        On July 25, 2023, the parties filed a joint stipulation for dismissal with prejudice and with

18  each party to bear its own attorneys' fees and costs. (ECF No. 20). In light of the parties'

19  stipulation, this action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(ii), and has been

20  dismissed with prejudice, with each party to bear its own attorneys' fees and costs. Accordingly,

21  the Clerk of Court is directed to close this case.

22
23  IT IS SO ORDERED.

24     Dated:  **July 31, 2023**                          /s/ _Erica P. Grosjean_

25                                 UNITED STATES MAGISTRATE JUDGE

26
27
28

1